JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL JIMENEZ, | Case No. EDCV 22-0272 DSF (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| DANNY SAMUEL, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: February 18, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE